UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

TAMELA M. HUNTER,

        Plaintiff,                             Case No.1:07-CV-798

v.                                                 Hon. Richard Alan Enslen

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
        _____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 30, 2008, is **APPROVED** and **ADOPTED** as the opinion of the Court.

        **IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security denying benefits is **AFFIRMED**  for the reasons stated in the Report and Recommendation.


Dated in Kalamazoo, MI:                          /s/Richard Alan Enslen
August 18, 2008                                        Richard Alan Enslen
                                                                Senior United States District Judge